UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| MARION FAMILY CHIROPRACTIC, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEASIDE FAMILY CHIROPRACTIC, LLC )<br>STACY TAM, and WESLEY STUBBS. )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-11930-MPK |

## **NOTICE OF CORRECT SPELLING OF PARTY'S NAME**

Defendant Stacy Tam hereby notifies the Court of the proper spelling of her first name, as shown in the above caption. Her first name was inadvertently misspelled in a prior filing with the Court. It is requested that the spelling of her name be corrected in, *inter alia*, the Court's electronic filing system.

                                              Respectfully submitted,

                                              DEFENDANTS,
                                              SEASIDE FAMILY CHIROPRACTIC
                                              STACY TAM
                                              WESLEY STUBBS

                                              By their Attorneys,

                                              /s/*Kyle Zambarano*
                                              Kyle Zambarano BBO No.660641
                                              Leslie D. Parker BBO No.678561
                                              Adler Pollock & Sheehan P.C.
                                              One Citizens Plaza, 8th Floor
                                              Providence, RI  02903-1345
                                              Tel: 401.274.7200
                                              kzambarano@apslaw.com
                                              lparker@apslaw.com

                                              December 10, 2021

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and accurate copy of the foregoing document was served via email and first-class mail on December 10, 2021, on the following:

Adrienne Catherine Beauregard-Rheaume, Esq.
Law Offices of Beauregard, Burke & Franco
32 William Street
New Bedford, MA 02740
abeauregard@bbflawoffices.com

                /s/*Kyle Zambarano*_____

1099407.v1